IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LOUIS KENNETH SCHEFFEL and ) <br> SANDRA KAY SCHEFFEL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEAM TRANSPORTATION, INC., and ) <br> BRIAN LEE McELVY, ) <br> ) <br> Defendants. ) | No. 13-CV-36 RHS/CG |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendants move this Court to dismiss with prejudice all claims expressly or necessarily raised herein, or those which could have been raised herein. As grounds for this motion, the parties state to the Court that they have compromised and resolved all issues in dispute to the satisfaction of all parties.

Respectfully submitted,                    Respectfully submitted,

GARBER & HALLMARK PC                McCOY LEAVITT LASKEY LLC

By _Approved via email 1/28/14_        By _/s/ B. _____
   Cullen Hallmark                              H. Brook Laskey
   P.O. Box 850                                  Stephanie K. Demers
   Santa Fe, NM 87504-0850              1805 Rio Grande Blvd. NW, Suite 2
   Telephone: 505.983.3233              Albuquerque, NM 87104
   Facsimile: 505.983.6344               Telephone: 505.246.0455
                                                        Facsimile: 505.246.0193

and                                                    **Attorneys for Defendants**

Mark A. Wilson
Smith Wilson Law Firm, P.C.
P.O. Box 212
Canyon, Texas  79015
Telephone:  806.372.4120
Facsimile:   806.374.1053

Ken Slavin
Shelly W. Rivas
Kemp Smith LLP
P.O. Box 2800
El Paso, Texas  79999-2800
Telephone:  915.533.4424
Facsimile:   915.546.5360

**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I certify that on the February 3, 2014, I filed the foregoing electronically via the CM/ECF system, which caused the following counsel of record to be served by electronic means:

| **ATTORNEYS FOR PLAINTIFFS:** | **ATTORNEYS FOR PLAINTIFFS:** |
|---|---|
| Cullen Hallmark | Ken Slavin |
| Garber and Hallmark, P.C. | Shelly W. Rivas |
| P.O. Box 850 | Kemp Smith LLP |
| Santa Fe, NM  87504-0850 | P.O. Box 2800 |
| Telephone:  (505) 983.3233 | El Paso, Texas  79999-2800 |
| Facsimile:   (505) 983.6344 | Telephone:  (915) 533.4424 |
|  | Facsimile:   (915) 546.5360 |

**ATTORNEYS FOR PLAINTIFFS:**
Mark A. Wilson
Smith Wilson Law Firm, P.C.
P.O. Box 212
Canyon, Texas  79015
Telephone:  (806) 372.4120
Facsimile:   (806) 374.1053

                                                                                                                */s/ H. Brook Laskey*
                                                                                                             H. Brook Laskey