## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LOUIS KENNETH SCHEFFEL and<br>SANDRA KAY SCHEFFEL,<br><br>    Plaintiffs,<br><br>v.<br><br>TEAM TRANSPORTATION, INC., and<br>BRIAN LEE McELVY,<br><br>    Defendants. | No. 13-CV-36 RHS/CG |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. The Court, being advised that Plaintiffs and Defendants have compromised and resolved all issues in dispute among themselves, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Dismissal with Prejudice be, and the same hereby is, granted, and all claims raised herein, as well as all claims that could have been raised herein, are hereby dismissed with prejudice.

*Robert Hayes Scott*
_____
The Honorable Robert H. Scott
United States Magistrate Judge,
Presiding by Consent